THOMAS O. WARFIELD, Landlord, Appellant, *v.* BELLANCA ROBE CORPORATION, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, May 16, 1946.

*Christian S. Lorentzen* for appellant.

*Samuel A. Zimbalist* for respondent.

Final order affirmed, with $25 costs.

Concur: HAMMER, EDER and HECHT, JJ.